# EX-PARTE EMERGENCY WRIT OF MANDAMUS

## In the US District Court of State of Alaska

**Ex Parte By Special Appearance:**
**Timothy Bedwell**
c/o PO Box 376
Newcastle California zip exempt
Non-Domestic Without United States
    Petitioner

RECEIVED
NOV 17 2023
Clerk, U.S. District Court
Fairbanks, AK

**RE: Timothy Bedwell**

    Plaintiff

    v.

**STATE OF ALASKA**

**DEPARTMENT OF CORRECTIONS**

**ATTORNEY GENERAL**

    Defendant(s)

             Case No. 4:23-cv-00027-SLG

             November 10, 2023

Comes now, by Special appearance, BY ROGATION, SUBROGATION, ARROGATION, SURROGATION, INTERROGATION, PRAEROGATIVA, PROROGATION, DEROGATION AND ABROGATION, with Regis and all Self Powers of Attorney and all rights of Self, called by :Timothy:, By Prayer and Petition and Entreaty to the Divine Creator and by my own Prerogative of One Heaven, appointing the clerk of the court as co-surety and Trustee by surrogation to correct any mistakes to tender special deposit for credit on account in full to settle all matters known or unknown or by secret, and hereby prays and petitions the above-named Court for an Emergency Writ of Mandamus to Fairbanks of Alaska District Court showing the following facts in support of this petition to Flip the Script:

**Reasons for Ex Parte**: Due to the fact The Superior court has been served multiple times regarding these issues to no avail or remedy, due to the medical condition of :timothy:, and due to blatant security fraud, and being held against my will for involuntary slavery.

**Grounds for Us District Court**: Equity and Security Fraud 15 USC 78 aa (a) and Writs of Mandamus 28 USC 1361 & 1651

**MATTERS REGARDING TRIAL COURT CASE ACCOUNT: 4FA-12-02343CR**
At Superior Court of Fairbanks Alaska appointed Judge/Trustee Bethany Harbison

Body of :timothy: unlawfully held at Goose Creek Correctional Center

(1) **Facts Necessary to an Understanding of the Issues Presented:** I am that I am, Unique Collective Awareness, called by :timothy:, a non-combatant non-enemy of the state by use of private credit, peaceful civilian, subrogee in Exclusive Equity, rebutting all claims and presumptions of the Roman cult and all their agents, in treaty, in accord and agreement with Canons, the General Executor of the Estate known as DBA Timothy Brock Bedwell, Office of Man, implied surety, expressed Grantor, conveyed into a Living Trust, Heir to the Throne of the Divine Creator as promised, having no debts, competent to handle my own affairs, of the age of majority, of sound mind, with clean hands and good intentions, with a blood-right bloodline claim to the Throne of King Da'vid of the Yahudi and Yahshua Ha Mashiach as a Divine Heir, King and son of The Light conveyed into the Book of Life forever, expressing the following:

There are no arguments of the facts; I Am accepting the true bill in honor by special deposit; I express the Clerk, Judge aka State of Alaska is Appointed Trustee, implied Grantor and Co-surety to settle the matter; I am the Beneficial Owner the Beneficiary and Heir; I have tendered special deposit multiple times; Under Trust merger the duty of a debt ceases to exist, what is expressed extinguishes what is implied, invoking "a house divided cannot stand and the kingdom of the Divine Creator has come upon you." Matt 12:25
:Timothy: holds the lien on the body and the Alaska court cases/accounts.

(2) **Issues Presented:** The issues and instruments have been tendered, Indorsed, promised, accepted, settled, established, perfected, and merged, therefore a debt ceases to exist: Release the body of Timothy being held as collateral to a non-existent debt. All security interest of the State of Alaska has been rescinded and revoked. The body of the living Timothy is unlawfully being held against My Will at Goose Creek Correctional Center. Redemption and Recoupment must be performed by the State of Alaska and all accommodating parties.

(3) **Remedy and Relief Sought:** Timothy is to be Exonerated of All the charges against the Timothy Brock Bedwell Estate conveyed into a Living Trust, that have been tendered by Special Deposit and is to be released immediately from Goose Creek Correctional Center as the protected Subrogee;

And is to be escorted and protected by the US Marshals to the nearest hospital for immediate medical care until having the ability to then be escorted and flown by the US Marshals to the Reno Nevada airport.

Timothy is to be given recoupment for Redemption of all securities, rents, fees, res, interests, and properties in Exclusive Equity to be assist conveyed deposited immediately into my Power of Attorney's and Daughter's Treasury Direct Trust Account for Redemption:
**CJB PRIVATE REVOCABLE LIVING TRUST    Account #: E673656749   Routing: 05173615**
And all public records/cases of "Timothy Brock Bedwell" are to be exonerated sealed permanently from the public record.

(4) **Reasons why the writ should Issue:** One who seeks equity must do equity. Equity will not suffer a wrong to be without a remedy. Equity regards as done what ought to be done. Equity is a sort of equality. Equity aids the vigilant, and not those who slumber on their rights. Equity imputes an intent to fulfill an obligation. Equity acts *in personam*. Equity abhors a forfeiture. Equity does not require an idle gesture. He who comes into equity must come with clean hands. Equity delights to do justice, and not by halves. Equity will take jurisdiction to avoid a multiplicity of suits. Equity follows the law. Equity will not assist a volunteer. Equity will not complete an imperfect gift. Where equities are equal, the law will prevail. Between equal equities the first in order of time shall prevail. Equity will not allow a statute to be used as a cloak for fraud. Equity will not allow a trust to fail for want of a trustee. Equity regards the beneficiary as the true owner.

(5) **Enclosed is a copy of the FACTS to an understanding of the matters set forth above.**

(6) **ORDER: :** Timothy is to be Exonerated of All the charges against the Timothy Brock Bedwell Estate conveyed into a Living Trust, that have been tendered by Special Deposit and is to be released immediately from Goose Creek Correctional Center as the protected Subrogee;

And is to be escorted and protected by the US Marshals to the nearest hospital for immediate medical care until having the ability to then be escorted and flown by the US Marshals to the Reno Nevada airport;

And, Timothy is to be given recoupment for Redemption of all securities, rents, fees, res, interests, and properties in Exclusive Equity to be assist conveyed deposited immediately into my Power of Attorney's and Daughter's Treasury Direct Trust Account for Redemption: **CJB PRIVATE REVOCABLE LIVING TRUST   Account #: E673656749   Routing: 05173615**

And all public records/cases of "Timothy Brock Bedwell" are to be exonerated sealed permanently from the public record.

**It is Ordered.**

WHEREFORE, the premises considered, Petitioner prays to the Divine Creator that the Court grant the Writ and Order to the petitioner's rogation by Divine, Regis and Sovereign Authority.

By: :·Timothy·. R. , bene ,R
Power of Attorney for Petitioner

Witness of Rogation
By: : Connie:, R, bene ,R

Witness of Rogation
By: : Christen R. bene ,R

Judge:_____

Clerk Seal:

